JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST.  SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GWENDOLYN WILLIAMS,<br><br>　　　　　Defendant | No. CV A 09-6571<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Gwendolyn Williams, in the principal amount of $2,678.08 plus interest accrued to August 11, 2009, in the sum of $4,636.03; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of  $**7,314.11**.

DATED: 9/15/2009　　　　　　　　By: _TERRY NAFISI_
　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　L. RAYFORD
　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　　United States District Court

Page 5